# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE :     No. 310
MAGISTERIAL DISTRICTS WITHIN :
THE 32nd JUDICIAL DISTRICT OF :     MAGISTERIAL RULES DOCKET
THE COMMONWEALTH OF :
PENNSYLVANIA :

## AMENDED ORDER

**AND NOW**, this 22nd day of December, 2014, the Order dated February 15, 2013, that Reestablished the Magisterial Districts of the 32nd Judicial District (Delaware County) of the Commonwealth of Pennsylvania, is hereby AMENDED as follows: the elimination of Magisterial District 32-2-41, and the realignment of Magisterial Districts 32-2-40 and 32-2-44 shall be effective January 1, 2016. The judgeship for Magisterial District 32-2-41 shall not appear on the ballot for the 2015 municipal election. The Order of February 15, 2013, shall remain in effect in all other respects.

Ronald D. Castille
_____
Chief Justice of Pennsylvania